IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES *ex rel*, MARGARET McDONALD,<br><br>Relator and Plaintiff,<br><br>vs.<br><br>FREIGHTMONSTER.COM, INC.,<br><br>Defendant. | CV 17–27–M–DLC<br><br>ORDER |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B),

IT IS HEREBY ORDERED:

1. The Complaint (Doc. 1) be unsealed and served upon the Defendant by the Relator.

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendant, except for this Order and The Government's Notice of Election to Decline Intervention (Doc. 6), which the Relator will serve upon the Defendant only after service of the Complaint.

-1-

3. The seal be lifted as to all future filings in this action after the date of this Order.

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5. The parties shall serve all notices of appeal upon the United States.

6. All orders of this Court shall be sent to the United States.

7. Should the Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

DATED this 2nd day of November, 2017.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court