IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| MARGARET McDONALD, | CV 17–27–M–DLC |
| --- | --- |
| Relator and Plaintiff, | |
| vs. | |
| FREIGHTMONSTER.COM, INC., | ORDER |
| Defendant. | |

Pursuant to the Notice of Dismissal Without Prejudice (Doc. 9) filed by the Plaintiff and Federal Rule of Civil Procedure 41(a)(1),

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

Dated this 20th day of July, 2018.

Dana L. Christensen, Chief Judge
United States District Court